UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:12-cr-00102-TWP-TAB |
| | ) | | |
| JOSHUA N. BOWSER, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On February 5, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 11, 2025.  Defendant appeared in person with his appointed counsel Monica Foster and Gwendolyn Beitz.  The government appeared by Bradley Blackington, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing. [Docket No. 3283.]

2. After being placed under oath, Defendant admitted violation number 1, as amended to state defendant was convicted of a Class B Misdemeanor (Criminal Recklessness). [Docket No. 3271.]   Government orally moved to withdraw the remaining violation 2 [Docket No. 3271], which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |

On June 8, 2025, Mr. Bowser was arrested by deputies from the Hancock County Sheriff's Office. According to the probable cause affidavit, a 911 call was made regarding a stabbing. When deputies arrived at Mr. Bowser's residence, he made utterances about stabbing his wife and he was detained. His wife was transported to the hospital with stab wounds to her left chest, hands, and arms. Search warrants were executed for the residence and located the knife believed to be used in the incident, methamphetamine, marijuana, psychedelic mushrooms, drug paraphernalia, and numerous types of prescription-controlled substances. Mr. Bowser admitted to the investigator that any illegal substances in the residence belonged to him.

On June 10, 2025, this case was filed under case number 30D01-2506-MC-000928 in Hancock Superior Court. The investigator has requested Mr. Bowser be charged with felony offenses of possession of a legend drug, domestic battery in the presence of a minor, domestic battery with serious bodily injury, neglect of a dependent, maintaining a common nuisance, and possession of methamphetamine. Additionally, misdemeanor offenses of possession of marijuana, two counts of possession of a controlled substance, and possession of paraphernalia have been requested. Mr. Bowser is currently at the Hancock County Jail with initial hearing scheduled for June 11, 2025.

**Violation 1 amended to state that the defendant was convicted of a Class B Misdemeanor (Criminal Recklessness) in Hancock County.**

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

      5.      The parties jointly recommended a sentence of TIME SERVED with 5 years of supervised release to follow as the Defendant has credit time towards any period of imprisonment.

      The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period TIME SERVED with 5 years of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

> 1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.
> Justification: This condition is an administrative requirement of supervision.
> 2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.
> Justification: This condition is an administrative requirement of supervision.
> 3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.
> Justification: This condition will assist the probation officer in monitoring the offender for protection of the community.
> 4. You shall not knowingly leave the federal judicial district without the permission of the court or probation officer.
> Justification: This condition is an administrative requirement of supervision.
> 5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.
> Justification: This condition is an administrative requirement of supervision.
> 6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.
> Justification: This condition is aimed at reducing the risk of recidivism and for protection of the community.
> 7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. Justification: This condition will assist the probation officer in monitoring the offender for protection of the community.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
Justification: This condition will assist the probation in monitoring the offender for protection of the community and is a requirement pursuant to federal law.
9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.
 Justification: This condition is an administrative requirement of supervision.
10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. Justification: This condition will ensure the offender maintains gainful employment and aid in reducing recidivism.
11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
 Justification: This condition is aimed at reducing recidivism and to monitor the offender for protection of the community.
12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.
Justification: This condition is aimed at reducing the risk of recidivism and for protection of the community.
13. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.
 Justification: This condition will assist in ensuring the offender is compliant with a drug-free lifestyle.
14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.
 Justification: This condition will aid in addressing the offender's history
of substance abuse.
15. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption. Justification: This condition will aid in ensuring compliance with a drug-free lifestyle and the offenders rehabilitation.
16. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: This condition will assist the probation in monitoring the offender for protection of the community.

17. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.
Justification: This condition will aid in addressing the offender's obligation to pay his court-ordered financial obligations.

18. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. Justification: This condition will aid in addressing the offender's obligation to pay his court-ordered financial obligations.

19. You shall not be a member of any gang or motorcycle club or associate with individuals who are members.
Justification: This condition is aimed at reducing recidivism and to monitor the offender for protection of the community.

Defendant released on conditions of supervised release pending approval of Report and Recommendation and entry of Judgment Order. Given the history and characteristics of the Defendant, the Magistrate Judge would note that the defendant may benefit from participation in the Court's REACH Program and/or the MRT Program in the event he would qualify.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/6/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system